IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRANCISCO F. HERNANDEZ,

    Plaintiff,

vs.                                                           CASE NO. 5:10cv23/RS-AK

WHITFIELD, J. BROWN, and WALTERS,

    DefendantS.

_____/

## ORDER

Plaintiff's Motion For Reconsideration (Doc. 13), which is titled "Order Denying Defendants' Motion For Dismissal", is **denied**.

**ORDERED** on May 7, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**